**\*E-Filed: June 23, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN ALBERTO ZIRANDA TINOCO,<br><br>       Petitioner,<br>v.<br><br>JEH CHARLES JOHNSON; ET AL.,<br><br>       Respondents. | No. C15-02801 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

In this just-filed action, Petitioner moves for a temporary restraining order. Because Petitioner requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear Petitioner's application. Accordingly, the Clerk of the Court shall promptly reassign this case to a district judge. *See* 28 U.S.C. § 636.

**IT IS SO ORDERED.**

Dated: June 23, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE