MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6748
Melanie.Proctor@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ALBERTO ZIRANDO TINOCO,<br><br>Petitioner,<br><br>v.<br><br>JEH CHARLES JOHNSON, Secretary, Department of Homeland Security, et al.,<br><br>Defendants. | CASE NO. 15-CV-2801-WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE<br><br>[PURSUANT TO CIVIL LOCAL RULE 7-12] |

Petitioner Juan Alberto Ziranda Tinoco ("Petitioner") and respondents Jeh Charles Johnson, Timothy Aiken, Leon Rodriguez, and Loretta Lynch ("Respondents"), by and through their respective counsel, hereby stipulate as follows:

1. On June 20, 2015, Petitioner filed a Petition For A Writ of Habeas Corpus asserting that his due process rights will be violated if he is removed prior to determination of his application for Deferred Action for Childhood Arrivals by the United States Citizenship and Immigration Services and requested that the Court order directing Respondents to stay execution of the final order of removal pending the decision on the his application. [Dkt. No. 1].

2. On June 23, 2015, Petitioner re-filed a Motion to Stay Execution of Removal Order and requested a Court order directing Respondent to stay execution of the Final Order of Removal. [Dkt. No. 6.]. A hearing on Motion was set for June 23, 2015 at 2:30p.m.

3. On June 23, 2015, Counsel for the Government contacted Petitioner's counsel and informed him that Respondents would agree to stay removal temporarily in order to allow the parties to submit briefing on the issues raised in the Motion to Stay and Petition for Writ of Habeas Corpus.

4. The parties have agreed that the Government will file their Response to Motion to Stay and Return to Petitioner's Petition for A Writ of Habeas Corpus on June 30, 2015 and that Petitioner will file his Reply and Traverse on July 7, 2015. The parties have further agreed that this matter should be set for hearing with this Court on July 16, 2015 at 8:00a.m.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Petitioner and Respondents that Respondents will file their Return to Petitioner's Petition For A Writ of Habeas Corpus on **June 30, 2015** and Petitioner will file his Traverse on **July 7, 2015** and that this matter should be set for hearing with this Court on **July 16, 2015 at 8 a.m**.

Dated: June 23, 2015                   Respectfully Submitted,

                                       _____
                                       JAMES TODD BENNETT
                                       Attorney for Petitioner

Dated: June 23, 2015                   Respectfully Submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                       _____
                                       MELANIE L. PROCTOR
                                       Assistant United States Attorney
                                       Attorney for Respondents

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING DATE
15-CV-2801-WHA

MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6748
Melanie.Proctor@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN ALBERTO ZIRANDO TINOCO, | CASE NO. 15-CV-2801-WHA |
| Petitioner, | [PROPOSED] ORDER APPROVING STIPULATION AND SETTING BRIEFING SCHEDULE AND HEARING DATE |
| v. | |
| JEH CHARLES JOHNSON, Secretary, Department of Homeland Security, et al., | [PURSUANT TO CIVIL LOCAL RULE 7-12] |
| Defendants. | |

Pursuant to the stipulation of the parties, and based on good cause, it is hereby ORDERED that Respondents will file their Return to Petitioner's Petition For A Writ of Habeas Corpus on **June 30, 2015** and Petitioner will file his Traverse on **July 7, 2015**. A hearing on this matter will be set before this Court on **July 16, 2015 at 8 a.m**.

Dated:  June 29, 2015.

_____
WILLIAM H. ALSUP
United States District Judge

PROPOSED ORDER
15-CV-2801-WHA