IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN ALBERTO ZIRANDO TINOCO,

    Petitioner,

v.

JEH JOHNSON, Secretary, Department of Homeland Security, et al.,

    Respondents.

No. C 15-02801 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing the petition, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondents and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE